## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Bankruptcy Case No. 20-10343 (LLS)<br>(Jointly Administered) |
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, et al.,<br><br>Appellants,<br><br>v.<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Appellees. | Case No. 22-cv-01237-RGA<br>(Lead Case)<br><br>Civ. Nos. 22-1238-RGA, 22-1239-RGA, 22-1240-RGA, 22-1241-RGA, 22-1242-RGA, 22-1243-RGA, 22-1244-RGA, 22-1245-RGA, 22-1246-RGA, 22-1247-RGA, 22-1249-RGA, 22-1250-RGA, 22-1251-RGA, 22-1252-RGA, 22-1258-RGA, & 22-1263-RGA (Consolidated) |

## NOTICE OF APPEAL TO
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Appellants Lujan Claimants[1] appeal to the United States Court of Appeals for the Third Circuit from the Opinion [D.I. 150] and Order [D.I. 151] of the district court for the district of Delaware, entered in this case on March 28, 2023, which affirmed the bankruptcy court's Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical

---

[1] Lujan Claimants' individual appeal is in Civ. Case No. 22-cv-01258-RGA.

Modifications) for Boy Scouts of America and Delaware BSA, LLC, dated September 8, 2022 [D.I. 1-1].

The parties to the Opinion and Order appealed from and the names and addresses of their respective attorneys are as follows:

| Lujan Claimants (Appellants) | **LOIZIDES, P.A.**<br>Christopher D. Loizides (No. 3968)<br>1225 North King Street, Suite 800<br>Telephone: (302) 654-0248<br>Loizides@loizides.com<br><br>-and-<br><br>**LUJAN & WOLFF LLP**<br>Delia Lujan Wolff<br>Suite 300, DNA Bldg.<br>238 Archbishop Flores St.<br>Hagatna, Guam 96910<br>Telephone: (671) 477-8064/5<br>dslwolff@lawguam.com |
|---|---|
| Dumas & Vaughn Claimants (Appellants) | **GELLERT SCALI BUSENKELL & BROWN LLC**<br>Charles J. Brown, III (No. 3368)<br>1201 N. Orange St., 3rd Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-5813<br>cbrown@gsbblaw.com<br><br>-and-<br><br>**DUMAS & VAUGHN, LLC**<br>Gilion C. Dumas<br>3835 NE Hancock Street, Suite GLB<br>Portland, OR 97212<br>Telephone: (503) 616-5007<br>gilion@dumasandvaughn.com |

| National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, and The Insurance Company of the State of Pennsylvania (the "AIG Companies") (Appellants) | **FINEMAN KREKSTEIN & HARRIS PC**<br>Deirdre M. Richards<br>1300 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 538-8331<br>Email: drichards@finemanlawfirm.com<br><br>-and-<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>Michael A. Rosenthal (*pro hac vice*)<br>Mitchell A. Karlan (*pro hac vice*)<br>James Hallowell (*pro hac vice*)<br>Keith R. Martorana (*pro hac vice*)<br>Seth M. Rokosky (*pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>Email: mrosenthal@gibsondunn.com<br>mkarlan@gibsondunn.com<br>jhallowell@gibsondunn.com<br>kmartorana@gibsondunn.com<br>srokosky@gibsondunn.com<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>Theodore J. Boutrous Jr. (*pro hac vice*)<br>Richard J. Doren (*pro hac vice*)<br>Blaine H. Evanson (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: (213) 229-7038<br>Email: rdoren@gibsondunn.com<br>bevanson@gibsondunn.com<br>tboutrous@gibsondunn.com<br><br>**FORAN GLENNON PALANDECH PONZI &<br>RUDLOFF P.C.**<br>Susan N.K. Gummow |

| | |
|---|---|
| | 222 N. LaSalle St., Suite 1400 |
| | Chicago, Illinois 60601 |
| | Telephone: (312) 863-5000 |
| | Email: sgummow@fgppr.com |
| Allianz Global Risks US Insurance Company (Appellant) | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>David M. Fournier (DE Bar No. 2812)<br>Marcy J. McLaughlin Smith (DE No. 6184)<br>Hercules Plaza<br>1313 Market Street<br>Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: 404.885.3000<br>david.fournier@troutman.com<br>marcy.smith@troutman.com<br><br>-and-<br><br>**PARKER, HUDSON, RAINER & DOBBS LLP**<br>Harris B. Winsberg (*pro hac vice*)<br>Matthew G. Roberts (*pro hac vice*)<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, GA  30308<br>Telephone: 404.420.4313<br>Facsimile: 404.522.8409<br>hwinsberg@phrd.com<br>mroberts@phrd.com<br><br>-and-<br><br>**McDERMOTT WILL & EMERY LLP**<br>Margaret H. Warner (*pro hac vice*)<br>Ryan S. Smethurst (*pro hac vice*)<br>Alex M. Spisak (*pro hac vice*)<br>The McDermott Building<br>500 North Capitol Street, NW |

4

| | Washington, DC 20001-1531 |
|---|---|
| | Telephone: 202.756.8228 |
| | Facsimile: 202.756.8087 |
| | mwarner@mwe.com |
| | rsmethurst@mwe.com |
| | aspisak@mwe.com |
| National Surety Corporation and Interstate Fire & Casualty Company (Appellants) | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| | David M. Fournier (DE Bar No. 2812) |
| | Marcy J. McLaughlin Smith (DE No. 6184) |
| | Hercules Plaza, Suite 5100 |
| | 1313 Market Street |
| | P.O. Box 1709 |
| | Wilmington, DE 19899-1709 |
| | Telephone: 302.777.6500 |
| | Facsimile: 302.421.8390 |
| | david.fournier@troutman.com |
| | marcy.smith@troutman.com |
| | |
| | -and- |
| | |
| | **PARKER, HUDSON, RAINER & DOBBS LLP** |
| | Harris B. Winsberg (*pro hac vice*) |
| | Matthew G. Roberts (*pro hac vice*) |
| | 303 Peachtree Street NE |
| | Suite 3600 |
| | Atlanta, GA 30308 |
| | Telephone: 404.420.4313 |
| | Facsimile: 404.522.8409 |
| | hwinsberg@phrd.com |
| | mroberts@phrd.com |
| | |
| | -and- |
| | |
| | **BRADLEY RILEY JACOBS PC** |
| | Todd C. Jacobs (*pro hac vice*) |
| | John E. Bucheit (*pro hac vice*) |
| | Paul J. Esker (*pro hac vice*) |

| | 500 West Madison Street<br>Suite 1000<br>Chicago, IL 60661<br>Telephone: 312.281.0295<br>tjacobs@bradleyriley.com<br>jbucheit@bradleyriley.com<br>pesker@bradleyriley.com |
|---|---|
| Arch Insurance<br>Company<br>(Appellant) | **SMITH, KATZENSTEIN & JENKINS LLP**<br>Kathleen M. Miller (No. 2898)<br>1000 West Street, Suite 501<br>P.O. Box 410<br>Wilmington, DE 19899<br>Telephone: (302) 652-8400<br>kmiller@skjlaw.com<br><br>**HANGLEY ARONCHICK SEGAL**<br>**PUDLIN & SCHILLER**<br>Ronald P. Schiller (*pro hac vice*)<br>Matthew A. Hamermesh (*pro hac vice*)<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>T: (215) 568-6200<br>F: (215) 568-0300<br>E: rschiller@hangley.com<br>mhamermesh@hangley.com |
| Argonaut Insurance<br>Company and Colony<br>Insurance Company<br>(Appellants) | **POST & SCHELL, P.C.**<br>Paul Logan (No. 3339)<br>300 Delaware Avenue, Suite 1380<br>Wilmington, DE 19801<br>Telephone: (302) 251-8856<br>Email: plogan@postschell.com<br><br>**POST & SCHELL, P.C.**<br>John C. Sullivan (*pro hac vice*)<br>Kathleen K. Kerns (*pro hac vice*)<br>Four Penn Center – 13th Floor<br>1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103 |

| | Telephone: (215) 587-1000<br>jsullivan@postschell.com<br>kkerns@postschell.com<br><br>-and-<br><br>**IFRAH PLLC**<br>George R. Calhoun (*pro hac vice*)<br>1717 Pennsylvania Avenue, N.W. Suite 650<br>Washington, DC 20006<br>Telephone: (202) 840-8758<br>george@ifrahlaw.com |
|---|---|
| Arrowood Indemnity<br>Company<br>(Appellant) | **JOYCE, LLC**<br>Michael J. Joyce (No. 4563)<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 388-1944<br>Email: mjoyce@mjlawoffices.com<br><br>-and-<br><br>**COUGHLIN MIDLIGE & GARLAND, LLP**<br>Kevin Coughlin (*pro hac vice*)<br>Lorraine Armenti (*pro hac vice*)<br>Michael Hrinewski (*pro hac vice*)<br>350 Mount Kemble Avenue<br>PO Box 1917<br>Morristown, NJ 07962<br>Telephone: (973) 267-0058<br>Facsimile: 973-267-6442<br>kcoughlin@cmg.law<br>larmenti@cmg.law<br>mhrinewski@cmg.law<br><br>-and-<br><br>**CARRUTHERS & ROTH, P.A.**<br>Britton C. Lewis |

| | John M. Flynn |
|---|---|
| | 235 N. Edgeworth Street |
| | P.O. Box 540 |
| | Greensboro, NC 27401 |
| | Telephone: (336) 478-1146 |
| | Facsimile: (336) 478-1145 |
| | jmf@crlaw.com |
| | bcl@crlaw.com |
| Continental Insurance Company and Columbia Casualty Company (Appellants) | **GOLDSTEIN & MCCLINTOCK LLLP** <br> Maria Aprile Sawczuk (DE #3320) <br> 501 Silverside Road <br> Wilmington, DE 19809 <br> 302-444-6710 <br> marias@goldmclaw.com <br><br> -and- <br><br> **LOEB & LOEB LLP** <br> Laura McNally (*pro hac vice*) <br> Emily Stone (*pro hac vice*) <br> 321 N. Clark Street, Suite 2300 <br> Chicago, IL 60654 <br> 312-464-3155 <br> lmcnally@loeb.com <br> estone@loeb.com |
| Gemini Insurance Company (Appellant) | **WERB & SULLIVAN** <br> **LEGAL ARTS BUILDING** <br> Brian A. Sullivan (No. 2098) <br> 1225 N. King Street <br> Suite 600 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 652-1100 <br> Cell: (302) 757-9932 <br> Facsimile: (302) 652-1111 <br> Email: bsullivan@werbsullivan.com <br><br> **GIEGER LABORDE & LAPEROUOSE, LLC** |

| | |
|---|---|
| | John E.W. Baay II (*pro hac vice*)<br>701 Poydras Street<br>Suite 4800<br>New Orleans, LA 70139<br>Tel.: 504-561-0400<br>Fax: 504-561-1011<br>Email: jbaay@glllaw.com<br><br>-and-<br><br>**KIERNAN TREBACH LLP**<br>William H. White Jr (*pro hac vice*)<br>1233 20th Street, NW<br>8th Floor<br>Washington, DC 20036<br>Tel.: 202-712-7000<br>Fax: 202-712-7100<br>Email: wwhite@kiernantrebach.com |
| General Star<br>Indemnity<br>Company<br>(Appellant) | **SMITH, KATZENSTEIN & JENKINS LLP**<br>Kathleen M. Miller (DE Bar No. 2898)<br>1000 West Street, Suite 501<br>P.O. Box 410<br>Wilmington, DE 19899<br>Telephone: (302) 652-8400<br>Email: kmiller@skjlaw.com<br><br>-and-<br><br>**WILEY REIN LLP**<br>Mary E. Borja (*pro hac vice*)<br>Gary P. Seligman (*pro hac vice*)<br>Ashley L. Criss (*pro hac vice*)<br>2050 M Street NW<br>Washington, DC 20036<br>Phone: (202) 719-7000<br>Email: mborja@wiley.law<br>gseligman@wiley.law<br>acriss@wiley.law |

| | |
|---|---|
| Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company (Appellants) | **BODELL BOVÉ, LLC**<br>Bruce W. McCullough (No. 3112)<br>1225 N. King Street, Suite 1000<br>Wilmington, Delaware 19801-3250<br>Telephone: (302) 655-6749<br>bmccullough@bodellbove.com<br><br>-and-<br><br>**CLYDE & CO US LLP**<br>Bruce D. Celebrezze (*pro hac vice*)<br>150 California Street \| 15th Floor<br>San Francisco, California 94111<br>Telephone: (415) 365-9800<br>Facsimile: (415) 365-9801<br>bruce.celebrezze@clydeco.us<br><br>**CLYDE & CO US LLP**<br>Konrad R. Krebs (*pro hac vice*)<br>340 Mt. Kemble Avenue \| Suite 300<br>Morristown, NJ 07960<br>Telephone: (973) 210-6700<br>Facsimile: (973) 210-6701<br>konrad.krebs@clydeco.us<br><br>-and-<br><br>**DAVID CHRISTIAN ATTORNEYS LLC**<br>David Christian (*pro hac vice*)<br>105 W. Madison St., Suite 1400<br>Chicago, Illinois 60602<br>Telephone: (312) 282-5282<br>dchristian@dca.law |
| Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin | **SMITH, KATZENSTEIN & JENKINS LLP**<br>Kathleen M. Miller (No. 2898)<br>1000 West Street, Suite 1501<br>P.O. Box 410 |

| | |
|---|---|
| Specialty Insurance Company (Appellant) | Wilmington, DE 19899 [Courier 19801]<br>Telephone: (302) 652-8400<br>Facsimile: (302) 652-8405<br>kmiller@skjlaw.com<br><br>and<br><br>**MOUND COTTON WOLLAN & GREENGRASS LLP**<br>Lloyd A. Gura (*pro hac vice*)<br>Pamela J. Minetto (*pro hac vice*)<br>One New York Plaza 44th Floor<br>New York, NY 10004<br>Tel: (212) 804-4282<br>lgura@moundcotton.com<br>pminetto@moundcotton.com |
| Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, Liberty Insurance Underwriters, Inc. and Liberty Surplus Insurance Corporation (Appellants) | **SEITZ, VAN OGTROP & GREEN, P.A.**<br>R. Karl Hill (DE Bar No. 2747)<br>222 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-0600<br>khill@svglaw.com<br><br>-and-<br><br>**CHOATE, HALL & STEWART LLP**<br>Douglas R. Gooding (*pro hac vice*)<br>Jonathan D. Marshall (*pro hac vice*)<br>Two International Place<br>Boston, MA 02110<br>Telephone: (617) 248-5000<br>dgooding@choate.com<br>jmarshall@choate.com<br><br>-and- |

| | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC |
|---|---|
| | Kim V. Marrkand (*pro hac vice*) |
| | One Financial Center |
| | Boston, MA 02111 |
| | Telephone: (617) 542-6000 |
| | kvmarrkand@mintz.com |
| Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company (Appellant) | **DILWORTH PAXSON LLP** |
| | Thaddeus J. Weaver (DE Bar. No. 2790) |
| | 704 N. King Street, Suite 500 |
| | P.O. Box 1031 |
| | Wilmington, DE 19899-1031 |
| | (302) 571-8867 (telephone) |
| | (302) 351-8735 (facsimile) |
| | tweaver@dilworthlaw.com |
| | |
| | -and- |
| | |
| | **DILWORTH PAXSON LLP** |
| | William E. McGrath, Jr. (*pro hac vice*) |
| | 2 Research Way, Suite 103 |
| | Princeton, NJ 08540 |
| | (609) 924-6000 (telephone) |
| | (215) 893-8537 (facsimile) |
| | wmcgrath@dilworthlaw.com |
| Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company (Appellants) | **COZEN O'CONNOR** |
| | Marla S. Benedek (No. 6638) |
| | 1201 N. Market Street, Suite 1001 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 295-2024 |
| | Facsimile: (302) 250-4498 |
| | mbenedek@cozen.com |
| Old Republic Insurance Company (Appellant) | **MORRIS JAMES LLP** |
| | Stephen M. Miller (No. 2610) |
| | Carl N. Kunz, III (No. 3201) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, Delaware 19801 |

| | |
|---|---|
| | Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>smiller@morrisjames.com<br>ckunz@morrisjames.com<br><br>-and-<br><br>**FOX SWIBEL LEVIN & CARROLL LLP**<br>Margaret M. Anderson (*pro hac vice*)<br>Ryan T. Schultz (*pro hac vice*)<br>Adam A. Hachikian (*pro hac vice*)<br>Kenneth M. Thomas (*pro hac vice*)<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 224-1200<br>Facsimile: (312) 224-1201<br>panderson@foxswibel.com<br>rschultz@foxswibel.com<br>ahachikian@foxswibel.com<br>kthomas@foxswibel.com |
| Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company (Appellants) | **REGER RIZZO & DARNALL LLP**<br>Louis J. Rizzo, Jr. (DE Bar No. 3374)<br>1521 Concord Pike Suite 305<br>Brandywine Plaza West<br>Wilmington DE 19803<br>Telephone: (302) 477-7100<br>Facsimile: (302) 652-3620<br>lrizzo@regerlaw.com |
| Boy Scouts of America, Delaware BSA, LLC (Debtors/Appellees and Debtors in Possession) | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347 |

Telephone: (302) 658-9200
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (*pro hac vice*)
Glenn M. Kurtz (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com
gkurtz@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

– and –

**WHITE & CASE LLP**
Ronald K. Gorsich
Doah Kim
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700

| | |
|---|---|
| | rgorsich@whitecase.com |
| | doah.kim@whitecase.com |
| Tort Claimants' Committee (Appellee) | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | Richard M. Pachulski (*pro hac vice*) |
| | Alan J. Kornfeld (*pro hac vice*) |
| | Debra I. Grassgreen (*pro hac vice*) |
| | Iain A.W. Nasatir (*pro hac vice*) |
| | James E. O'Neill (No. 4042) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Fax: (302) 652-4400 |
| | Email: rpachulski@pszjlaw.com |
| | akornfeld@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | inasatir@pszjlaw.com |
| | joneill@pszjlaw.com |
| Coalition of Abused Scouts for Justice (Appellee) | **MONZACK MERSKY AND BROWDER, P.A.** |
| | Rachel B. Mersky (No. 2049) |
| | 1201 North Orange Street, Suite 400 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 656-8162 |
| | Fax: (302) 656-2769 |
| | Email: rmersky@monlaw.com |
| | |
| | –and– |
| | |
| | **BROWN RUDNICK LLP** |
| | David J. Molton, Esq. (*pro hac vice*) |
| | Eric R. Goodman, Esq. (*pro hac vice*) |
| | Seven Times Square |
| | New York, NY 10036 |
| | Telephone: (212) 209-4800 |
| | Fax: (212) 209-4801 |
| | Email: dmolton@brownrudnick.com |
| | egoodman@brownrudnick.com |

| | |
|---|---|
| | –and–<br><br>**BROWN RUDNICK LLP**<br>Sunni P. Beville, Esq. (*pro hac vice*)<br>Tristan G. Axelrod, Esq. (*pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Fax: (617) 856-8201<br>Email: sbeville@brownrudnick.com<br>taxelrod@brownrudnick.com |
| Future Claimants'<br>Representative<br>(Appellee) | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Robert S. Brady (No. 2847)<br>Edwin J. Harron (No. 3396)<br>Kenneth J. Enos (No. 4544)<br>Ashley E. Jacobs (No. 5635)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Fax: (302) 571-1253<br>Email: rbrady@ycst.com<br>eharron@ycst.com<br>kenos@ycst.com<br>ajacobs@ycst.com<br><br>-and-<br><br>**GILBERT LLP**<br>Kami E. Quinn (*pro hac vice*)<br>Rachel H. Jennings (*pro hac vice*)<br>Kyle Y. Dechant (*pro hac vice*)<br>December L. Huddleston (*pro hac vice*)<br>700 Pennsylvania Ave, SE<br>Suite 400<br>Washington, DC 20003<br>Telephone: (202) 772-2200<br>Fax: (202) 772-3333 |

| | |
|---|---|
| | Email: quinnk@gilbertlegal.com |
| | jenningsr@gilbertlegal.com |
| | dechantk@gilbertlegal.com |
| | huddlestond@gilbertlegal.com |
| The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC (Appellees) | **KTBS LAW LLP** |
| | Thomas E. Patterson (*pro hac vice*) |
| | Daniel J. Bussel (*pro hac vice*) |
| | Robert J. Pfister (*pro hac vice*) |
| | Sasha M. Gurvitz (*pro hac vice*) |
| | 1801 Century Park East, Twenty-Sixth Floor |
| | Los Angeles, California 90067 |
| | Telephone: (310) 407-4000 |
| | Fax: (310) 407-9090 |
| | Email: tpatterson@ktbslaw.com |
| | dbussel@ktbslaw.com |
| | rpfister@ktbslaw.com |
| | sgurvitz@ktbslaw.com |
| | |
| | -and- |
| | |
| | **BIELLI & KLAUDER, LLC** |
| | David M. Klauder, Esquire (No. 5769) |
| | 1204 N. King Street |
| | Wilmington, DE 19801 |
| | Telephone: (302) 803-4600 |
| | Fax: (302) 397-2557 |
| | Email: dklauder@bk-legal.com |
| Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company (Appellees) | **BAYARD, P.A.** |
| | Erin R. Fay (No. 5268) |
| | Gregory J. Flasser (No. 6154) |
| | 600 North King Street, Suite 400 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 655-5000 |
| | Fax: (302) 658-6395 |
| | Email: efay@bayardlaw.com |
| | gflasser@bayardlaw.com |
| | |
| | -and- |

| | |
|---|---|
| | **RUGGERI PARKS WEINBERG LLP**<br>James P. Ruggeri (*pro hac vice*)<br>Joshua D. Weinberg (*pro hac vice*)<br>1875 K Street, N.W., Suite 600<br>Washington, D.C. 20006-1251<br>Telephone: (202) 469-7750<br>Fax: (202) 469-7751<br>Email: jruggeri@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br><br>-and-<br><br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Philip D. Anker (*pro hac vice*)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, N.Y. 10007<br>Telephone: (212) 230-8890<br>Fax: (212) 230-8888<br>Email: philip.anker@wilmerhale.com<br><br>Joel Millar (*pro hac vice*)<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Fax: (202) 663-6363<br>Email: joel.millar@wilmerhale.com |
| Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North | **STAMOULIS & WEINBLATT LLC**<br>Stamatios Stamoulis (No. 4606)<br>800 N. West Street<br>Third Floor Wilmington, Delaware 19801<br>Telephone: 302 999 1540<br>Fax: 302 762 1688<br>Email: stamoulis@swdelaw.com<br><br>-and- |

| | |
|---|---|
| America (Appellees) | **O'MELVENY & MYERS LLP**<br>Tancred Schiavoni (*pro hac vice*)<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036-6537<br>Telephone: (212) 326-2000<br>Fax: (212) 326-2061<br>Email: tschiavoni@omm.com<br><br>**O'MELVENY & MYERS LLP**<br>Stephen Warren (*pro hac vice*)<br>400 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 430-6000<br>Fax: (213) 430-6407<br>Email: swarren@omm.com<br><br>**O'MELVENY & MYERS LLP**<br>Jonathan D. Hacker (*pro hac vice*)<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 383-5300<br>Email: jhacker@omm.com |
| Federal Insurance Company and Westchester Fire Insurance Company (Appellees) | **STAMOULIS & WEINBLATT LLC**<br>Stamatios Stamoulis (No. 4606)<br>8000 N. West Street, Third Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 999-1540<br>Email: stamoulis@swdelaw.com<br><br>-and-<br><br>**SIMPSON THACHER & BARTLETT LLP**<br>David Elbaum (*pro hac vice*)<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000 |

19

| | Email: david.elbaum@stblaw.com |
|---|---|
| American Zurich Insurance Company, American Guarantee Insurance Company, and Steadfast Insurance Company (Appellees) | **TYBOUT, REDFEARN & PELL**<br>Robert D. Cecil, Jr. (No. 5317)<br>501 Carr Road, Suite 300<br>Wilmington, Delaware 19899<br>Telephone: (302) 658-6901<br>Email: rcecil@trplaw.com<br><br>-and-<br><br>**CROWELL & MORING LLP**<br>Mark D. Plevin (*pro hac vice*)<br>Kevin D. Cacabelos (*pro hac vice*)<br>Three Embarcadero Center, 26th Floor<br>San Francisco, California 94111<br>Telephone: (415) 986-2800<br>Email: mplevin@crowell.com<br>kcacabelos@crowell.com<br><br>Tacie H. Yoon (*pro hac vice*)<br>Rachel A. Jankowski (*pro hac vice*)<br>1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Email: tyoon@crowell.com<br>rjankowski@crowell.com |
| Clarendon National Insurance Company, as successor in interest by merger to Clarendon America Insurance Company; River Thames Insurance Company Limited (as successor in interest to Unionamerica Insurance Company | **BALLARD SPAHR LLP**<br>Matthew G. Summers (No. 5533)<br>Chantelle D. McClamb (No. 5978)<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4428<br>Fax: (302) 252-4466<br>Email: summersm@ballardspahr.com<br>mcclamb@ballardspahr.com<br><br>-and- |

| Limited, on its own behalf and in turn as successor to St. Katherine Insurance Company Limited); and Zurich American Insurance Company, as successor to Maryland Casualty Company, Zurich Insurance Company, and Maryland General Insurance Company (Appellees) | **STEPTOE & JOHNSON LLP**<br>Harry Lee (*pro hac vice*)<br>John O'Connor (*pro hac vice*)<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone: (202) 429-8078<br>Fax: (202) 429-3902<br>Email: hlee@steptoe.com<br>joconnor@steptoe.com |
|---|---|
| Ad Hoc Committee of Local Councils of the Boy Scouts of America (Appellee) | **DLA PIPER, LLP (US)**<br>R. Craig Martin (No. 5032)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801-1147<br>Telephone: (302) 468-5655<br>Email: craig.martin@dlapiper.com<br><br>-and-<br><br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>Richard G. Mason (*pro hac vice*)<br>Douglas K. Mayer (*pro hac vice*)<br>Joseph C. Celentino (*pro hac vice*)<br>Mitchell S. Levy (*pro hac vice*)<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>Email: RGMason@wlrk.com<br>DKMayer@wlrk.com<br>JCCelentino@wlrk.com<br>MSLevy@wlrk.com |

Dated:   Wilmington, Delaware        Respectfully Submitted,

         April 10, 2023              /s/ Christopher D. Loizides
                                     Christopher D. Loizides (No. 3968)
                                     LOIZIDES, P.A.
                                     1225 North King Street, Suite 800
                                     Wilmington, DE 19801
                                     Phone: 302.654.0248
                                     Email: Loizides@loizides.com

                                     and

                                     LUJAN & WOLFF LLP

                                     /s/ Delia Lujan Wolff
                                     Delia Lujan Wolff
                                     Suite 300, DNA Bldg.
                                     238 Archbishop Flores St.
                                     Hagatna, Guam 96910
                                     Phone: (671) 477-8064/5
                                     Facsimile: (671) 477-5297
                                     Email:  dslwolff@lawguam.com

                                     *Attorneys for Lujan Claimants*

# APPENDIX A

The foregoing Notice of Appeal was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Lujan & Wolff LLP. The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim, including amendments thereto.

| | | | | |
|---|---|---|---|---|
| 248 | 2991 | 6824 | 25063 | 79403 |
| 1551 | 3051 | 7976 | 25069 | 79769 |
| 1670 | 3120 | 7977 | 33028 | 80328 |
| 1677 | 3385 | 8037 | 35352 | 80655 |
| 1746 | 3610 | 8038 | 35354 | 80982 |
| 1757 | 3612 | 10548 | 38591 | 87715 |
| 1765 | 3614 | 11250 | 40889 | 87757 |
| 1913 | 3616 | 11251 | 40890 | 96418 |
| 1953 | 4855 | 14187 | 45700 | 96419 |
| 2003 | 4857 | 15104 | 45702 | 103377 |
| 2010 | 4859 | 15139 | 48168 | 103378 |
| 2011 | 5646 | 17480 | 58317 | 4858 |
| 2394 | 5646 | 18860 | 58370 | 4860 |
| 2403 | 5648 | 18873 | 67267 | |
| 2433 | 5655 | 22872 | 67286 | |
| 2597 | 6432 | 22873 | 67293 | |
| 2840 | 6434 | 22874 | 73585 | |
| 2885 | 6823 | 23388 | 73607 | |

23