In re: BOY SCOUTS OF AMERICA and DELAWARE BSA LLC;

    Debtors

    LUJAN CLAIMANTS;

        Appellants