UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-026E

Nos. 23-1664, 23-1666 & 23-1668

In Re: Boy Scouts of America and Delaware BSA, LLC

Lujan Claimants,
Appellants is 23-1664

D & V Claimants,
Appellants in 23-1666

National Union Fire Insurance Co of Pittsburgh Pennsylvania;
Lexington Insurance Company; Landmark Insurance Company;
The Insurance Company of the State of Pennsylvania,
Appellants in 23-1668

(D. Del. No. 1-22-cv-01237)

Present: SHWARTZ, Circuit Judge

1. Emergency Motion filed by Appellant Lujan Claimants for a Stay Pending Appeal and a Temporary Stay While the Court Rules on the Motion with Declaration In Support;

2. Emergency Motion filed by Appellant D & V Claimants for Stay Pending Appeal and a Temporary Stay While the Court Rules on the Motion with Declaration in Support;

3. Emergency Motion filed by Appellants Insurance Company of the State of Pennsylvania, Landmark Insurance Co., Lexington Insurance Co., and National Union Fire Insurance Co of Pittsburgh Pennsylvania to Stay District Court Order Pending Appeal and a Temporary Stay While the Court Rules on the Motion;

4. Response filed by Appellees Boy Scouts of America and Delaware BSA LLC to Motion with Declarations in Support in 23-1664;

5. Response filed by Appellees Boy Scouts of America and Delaware BSA LLC to Motion with Declarations in Support in 23-1666;

6. Response filed by Appellees Boy Scouts of America and Delaware BSA LLC to Motion with Declarations in Support in 23-1668.

Respectfully,
Clerk/sb

_____ORDER_____
The Court hereby grants a temporary stay for the sole purpose of allowing the Court an opportunity to review the requests for a stay pending appeal. Nothing herein constitutes a ruling about the merits or a need for more than a temporary stay.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: April 11, 2023
Sb/cc:   All Counsel of Record