UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 23-1664, 23-1665, 23-1666, 23-1667, 23-1668, 23-1669, 23-1670, 23-1671, 23-1672, 23-1673, 23-1674, 23-1675, 23-1676, 23-1677, & 23-1678**

In re: Boy Scouts of America and Delaware BSA LLC
(D.Del. No. 1:22-cv-01237)

**ORDER**

At the direction of the Court, the temporary stay issued in the appeals at Nos. 23-1664, 23-1666, and 23-1668 also applies to the appeals at Nos. 23-1665, 23-1667, 23-1669, 23-1670, 23-1671, 23-1672, 23-1673, 23-1674, 23-1675, 23-1676, 23-1677, and 23-1678. This order does not constitute a ruling on the merits of the parties' stay motions nor a need for more than a temporary stay.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 12, 2023
Sb/cc:   All Counsel of Record