UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-059
Nos. 23-1664, 23-1665, 23-1666, 23-1667, 23-1668, 23-1669, 23-1670, 23-1671, 23-1672, 23-1673, 23-1674, 23-1675, 23-1676, 23-1677, & 23-1678

In Re: Boy Scouts of America and Delaware BSA, LLC

Lujan Claimants,
Appellants is No. 23-1664

Liberty Mutual Insurance Company, The Ohio Casualty
Insurance Company, Liberty Insurance Underwriters, Inc.,
and Liberty Surplus Insurance Corporation,
Appellants in No. 23-1665

D & V Claimants,
Appellants in No. 23-1666

The Continental Insurance Company, and
Columbia Casualty Company,
Appellants in No. 23-1667

National Union Fire Insurance Co of Pittsburgh Pennsylvania,
Lexington Insurance Company, Landmark Insurance Company,
and The Insurance Company of the State of Pennsylvania,
Appellants in No. 23-1668

Indian Harbor Insurance Company,
Appellant in No. 23-1669

Old Republic General Insurance Group,
Appellant in No. 23-1670

Travelers Casualty and Surety Company, Inc, St. Paul
Surplus Lines Insurance Company, and Gulf Insurance Company,
Appellants in No. 23-1671

Great American Assurance Company, and Great American
E&S Insurance Company
Appellants in No. 23-1672

Allianz Global Risks US Insurance Company, National
Surety Corporation, and Interstate Fire & Casualty Company
Appellants in No. 23-1673

Argonaut Insurance Company and Colony Insurance Company
Appellants in No. 23-1674

Gemini Insurance Company
Appellants in No. 23-1675

General Star Indemnity Company
Appellants in No. 23-1676

Arrowood Indemnity Company
Appellants in No. 23-1677

Traders and Pacific Insurance Company,
Endurance American Specialty Insurance Company, and
Endurance American Insurance Company
Appellants in No. 23-1678

(D. Del. No. 1-22-cv-01237)

Present: SHWARTZ and MATEY, Circuit Judges

1. Emergency Motion filed by Appellant Lujan Claimants for a Stay Pending Appeal and a Temporary Stay While the Court Rules on the Motion with Declaration in Support in No. 23-1664;

2. Emergency Motion filed by Appellant D & V Claimants for Stay Pending Appeal and a Temporary Stay While the Court Rules on the Motion with Declaration in Support in No. 23-1666;

3. Emergency Motion filed by Appellants Insurance Company of the State of Pennsylvania, Landmark Insurance Co., Lexington Insurance Co., and National Union Fire Insurance Co of Pittsburgh Pennsylvania to Stay District Court Order Pending Appeal and a Temporary Stay While the Court Rules on the Motion in No. 23-1668;

4. Response filed by Appellees Boy Scouts of America and Delaware BSA LLC to Motion with Declarations in Support in No. 23-1664;

5. Response filed by Appellees Boy Scouts of America and Delaware BSA LLC to Motion with Declarations in Support in No. 23-1666;

6. Response filed by Appellees Boy Scouts of America and Delaware BSA LLC to Motion with Declarations in Support in No. 23-1668;

7. Notice of Withdrawal of Declaration of Stephen Ehmann in Support of Appellees Omnibus Response to D & V and Lujan Claimants' Motions for Stay Pending Appeal filed by Appellees Boy Scouts of America and Delaware BSA LLC in No. 23-1666;

8. Joinders in Emergency Motion for Stay Pending Appeal filed by Appellants in Nos. 23-1665, 23-1667, 23-1669, 23-1670, 23-1671, 23-1672, 23-1673, 23-1674, 23-1675, 23-1676, 23-1677, and 23-1678;

9. Reply in Further Support of Emergency Motion for Stay Pending Appeal filed by Appellants in Nos. 23-1665, 23-1667, 23-1668, 23-1669, 23-1670, 23-1671, 23-1672, 23-1673, 23-1674, 23-1675, 23-1676, 23-1677, and 23-1678;

10. Reply in Further Support of Emergency Motion for Stay Pending Appeal filed by Appellant D & V Claimants in No. 23-1666;

11. Reply in Further Support of Emergency Motion for Stay Pending Appeal filed by Appellant Lujan Claimants in No. 23-1664.

Respectfully,
Clerk/sb

_____ORDER_____

The foregoing motions for a stay pending appeal are denied.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: April 19, 2023
Sb/cc:  All Counsel of Record