UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. <u>23-1664, 23-1665, 23-1666, 23-1667, 23-1668, 23-1669, 23-1670, 23-1671, 23-1672, 23-1673, 23-1674, 23-1675, 23-1676, 23-1677, 23-1678, & 23-1780</u>**

In re: Boy Scouts of America and Delaware BSA, LLC

To:   Clerk

    1)    Lujan Claimants' Motion to File under Seal

    2)    Dumas & Vaughn Claimants' Motion to File Exhibits under Seal

---

      The foregoing motions are referred to the merits panel. The Clerk's Office will hold Volume 7 of the joint appendix provisionally under seal pending a ruling by the Court.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 8, 2023
MCW/cc: All Counsel of Record