UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-011

**Nos. 23-1664, 23-1665, 23-1666, 23-1667, 23-1668, 23-1669, 23-1670, 23-1671, 23-1672, 23-1673, 23-1674, 23-1675, 23-1676, 23-1677, 23-1678, & 23-1780**

In re: Boy Scouts of America and Delaware BSA LLC

Lujan Claimants,
Appellants is No. 23-1664

Liberty Mutual Insurance Company, The Ohio Casualty
Insurance Company, Liberty Insurance Underwriters, Inc., and
Liberty Surplus Insurance Corporation,
Appellants in No. 23-1665

D&V Claimants,
Appellants in No. 23-1666

The Continental Insurance Company and Columbia Casualty
Company,
Appellants in No. 23-1667

National Union Fire Insurance Co. of Pittsburgh Pennsylvania,
Lexington Insurance Company, Landmark Insurance Company,
and The Insurance Company of the State of Pennsylvania,
Appellants in No. 23-1668

Indian Harbor Insurance Company,
Appellant in No. 23-1669

Old Republic General Insurance Group,
Appellant in No. 23-1670

Travelers Casualty and Surety Company, Inc., St. Paul Surplus
Lines Insurance Company, and Gulf Insurance Company,
Appellants in No. 23-1671

Great American Assurance Company and Great American E&S
Insurance Company
Appellants in No. 23-1672

Allianz Global Risks US Insurance Company, National Surety
Corporation, and Interstate Fire & Casualty Company,
Appellants in No. 23-1673

Argonaut Insurance Company and Colony Insurance Company
Appellants in No. 23-1674

Gemini Insurance Company,
Appellant in No. 23-1675

General Star Indemnity Company,
Appellant in No. 23-1676

Arrowood Indemnity Company,
Appellant in No. 23-1677

Traders and Pacific Insurance Company, Endurance American
Specialty Insurance Company, and Endurance American
Insurance Company
Appellants in No. 23-1678

Arch Insurance Company,
Appellant in No. 23-1780

(D. Del. No. 1-22-cv-01237)

Present: SHWARTZ and CHUNG, <u>Circuit Judges</u>

1. D&V Claimants' Motion to Stay Bankruptcy Plan and Appeals [10/6/23]

2. Declaration of Gilion C. Dumas in Support of D&V Claimants' Motion [10/6/23]

3. Certain Insurers' Motion to Stay Further Implementation of Plan pending Supreme Court Decision in <u>Purdue</u> [10/10/23]

4. Debtors' Motion to Permit Consolidated Overlength Response to Stay Motions [10/12/23]

5. Lujan Claimants' Motion to Stay Bankruptcy Plan and Stay Appeals [10/13/23]

6. Motion by BSA Settlement Trust and Trustee for Leave to Respond to Stay Motions and to Exceed Length Limitation [10/17/23]

7. D&V Claimants' Response to Motion by BSA Settlement Trust and Trustee [10/23/23]

8. BSA Settlement Trust and Trustee's Overlength Objection to Stay Motions [10/23/23]

9. Debtors' Overlength Response to Stay Motions [10/23/23]

10. Declaration of Brian Whittman in Support of Debtors' Response [10/23/23]

11. Declaration of Bruce A. Griggs in Support of Debtors' Response [10/23/23]

12. Declaration of Christopher D. Meidl in Support of Debtors' Response [10/23/23]

13. Settling Insurers' Opposition to Stay Motions [10/23/23]

14. D&V Claimants' Reply in Support of Motion to Stay [10/30/23]

15. Lujan Claimants' Reply in Support of Motion to Stay [10/30/23]

        Respectfully,
        Clerk

## ORDER

The foregoing D&V and Lujan Claimants' motions to stay the bankruptcy plan and certain insurers' motion to stay further Implementation of plan pending the Supreme Court's ruling in <u>Purdue</u> are denied and the Debtors' motion to permit a consolidated overlength response to the stay motions and the motion by BSA Settlement Trust and Trustee for leave to respond to the stay motions and to exceed the length limitation are granted. Permission to file overlength briefs in connection with these motions is not permission to file overlength briefs in connection with the appeals in this case.

        By the Court,

        <u>s/Patty Shwartz</u>
        Circuit Judge

Dated: November 2, 2023
Sb/cc:   All Counsel of Record