OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 19, 2024

| | |
|---|---|
| Derek C. Abbott, Esq. | Jonathan D. Hacker, Esq. |
| Philip D. Anker, Esq. | James L. Hallowell, Esq. |
| Lorraine M. Armenti, Esq. | Matthew A. Hamermesh, Esq. |
| John E.W. Baay II, Esq. | Edwin J. Harron, Esq. |
| Joseph T. Baio, Esq. | Robert K. Hill, Esq. |
| Marla S. Benedek, Esq. | Michael Hrinewski, Esq. |
| Mary E. Borja, Esq. | December L. Huddleston, Esq. |
| Theodore J. Boutrous Jr., Esq. | Michael Huston, Esq. |
| Robert S. Brady, Esq. | Todd C. Jacobs, Esq. |
| Daniel N. Brogan, Esq. | Rachel H. Jennings, Esq. |
| Charles J. Brown III, Esq. | Michael J. Joyce, Esq. |
| John E. Bucheit, Esq. | Mitchell A. Karlan, Esq. |
| Daniel J. Bussel, Esq. | Kathleen K. Kerns, Esq. |
| George R. Calhoun V, Esq. | David M. Klauder, Esq. |
| Robert D. Cecil Jr., Esq. | Alan J. Kornfeld, Esq. |
| Bruce D. Celebrezze, Esq. | Konrad R. Krebs, Esq. |
| David C. Christian II, Esq. | David R. Kuney, Esq. |
| Ashley-Anne Criss, Esq. | Carl N. Kunz III, Esq. |
| Richard J. Doren, Esq. | Glenn M. Kurtz, Esq. |
| Gilion C. Dumas, Esq. | Jessica C. Lauria, Esq. |
| Mark W. Eckard, Esq. | Matthew E. Linder, Esq. |
| David Elbaum, Esq. | Paul A. Logan, Esq. |
| Kenneth J. Enos, Esq. | Christopher D. Loizides, Esq. |
| Blaine H. Evanson, Esq. | John W. Lucas, |
| Gregory J. Flasser, Esq. | Delia S. Lujan Wolff, Esq. |
| David M. Fournier, Esq. | Kim V. Marrkand, Esq. |
| Douglas R. Gooding, Esq. | Jonathan D. Marshall, Esq. |
| Eric R. Goodman, Esq. | R. Craig Martin, Esq. |
| Ronald K Gorsich, Esq. | Keith Martorana, Esq. |
| Debra I. Grassgreen, Esq. | Bruce W. McCullough, Esq. |
| Kelly A. Green, Esq. | Bryana McGillycuddy, Esq. |
| Emily Grim, Esq. | William E. McGrath Jr., Esq. |
| Susan N. Gummow, Esq. | Laura K. McNally, Esq. |
| Lloyd A. Gura, Esq. | Rachel B. Mersky, Esq. |
| Kurt F. Gwynne, Esq. | Kathleen M. Miller, Esq. |

| | |
|---|---|
| Stephen M. Miller, Esq. | Michael A. Rosenthal, Esq. |
| Pamela J. Milnetto, Esq. | Maria A. Sawczuk, Esq. |
| Nicole Molner, Esq. | Tancred V. Schiavoni, Esq. |
| David J. Molton, Esq. | Ronald P. Schiller, Esq. |
| Iain A.W. Nasatir, Esq. | Gary P. Seligman, Esq. |
| James E. O'Neill, Esq. | Ryan Smethurst, Esq. |
| James E. O'Neill III, Esq. | Alex M. Spisak, Esq. |
| Isaac M. Pachulski, Esq. | Stamatios Stamoulis, Esq. |
| Richard M. Pachulski, Esq. | Brian A. Sullivan, Esq. |
| Thomas E. Patterson, Esq. | Matthew G. Summers, Esq. |
| Alexander E. Potente, Esq. | Margaret H. Warner, Esq. |
| Kami E. Quinn, Esq. | Stephen H. Warren, Esq. |
| Andrew R. Remming, Esq. | Thaddeus J. Weaver, Esq. |
| Deirdre M. Richards, Esq. | William H. White Jr., Esq. |
| Louis J. Rizzo Jr., Esq. | Harris B. Winsberg, Esq. |
| Matthew Roberts, Esq. | Tacie H. Yoon, Esq. |
| Sophie Rogers Churchill, Esq. | |
| Seth M. Rokosky, Esq. | |

RE: In re: Boy Scouts of America and Delaware BSA LLC
Case Number: 23-1664; et al.

Dear Counsel:

    At the direction of the Court, please be advised that the above-captioned case has been removed from the Court's calendar for **Tuesday, April 9, 2024**. You will be advised at a later date as to when this case will be re-listed.

PSD: AR

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:

Ashley Ritz
Calendar Clerk
267-299-4947