June 20, 2024

Patricia S. Dodszuweit, Clerk
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

      Re:    *In re: Boy Scouts of America and Delaware BSA, LLC*
               No. 23-1664, *et al.*

Dear Ms. Dodszuweit:

      The undersigned Appellees write in response to the AIG Appellants' notice of supplemental authority filed in Case No. 23-1668 on June 18, 2024 (D.I. 178). The recent decision of the United States Supreme Court in *Truck Insurance Exchange v. Kaiser Gypsum Co., Inc.*, No. 22-1079 (June 6, 2024) has no bearing on these appeals. The *Truck* decision held that insurers with financial responsibility for claims in a bankruptcy proceeding are "parties in interest" with standing to be heard under section 1109(b) of the Bankruptcy Code, including to object to a chapter 11 plan of reorganization, without regard to "insurance neutrality." The Supreme Court made no determination regarding the merits of the insurer-petitioner's objections to the Kaiser Gypsum plan.

      Here, neither the Debtors nor any other party has ever argued—and the bankruptcy court never held—that the AIG insurers or any other parties lack standing to prosecute their objections to the plan or their appeals from the plan confirmation order based on "insurance neutrality" or otherwise. Indeed, the AIG insurers and other insurer-Appellants participated in every aspect of the twenty-two-day plan confirmation trial before the bankruptcy court, and no Appellee has argued that the scope of the issues raised on appeal by the AIG insurers or other insurer-Appellants should be narrowed based on any lack of standing. The only issue concerning "insurance neutrality" is the question of whether the Boy Scouts' plan appropriately preserves the insurers' policy rights and defenses, an issue that is not addressed in *Truck*.

Dated: June 20, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abbott*
Derek C. Abbott (Del. No. 3376)
Andrew R. Remming (Del. No. 5120)
Sophie Rogers Churchill (Del. No. 6905)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

**WHITE & CASE LLP**
Jessica C. Lauria
Glenn M. Kurtz
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200

Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
111 South Wacker Drive
Chicago, Illinois 60606
(312) 881-5400

**PERKINS COIE LLP**
Michael R. Huston
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(202) 434-1630

*Attorneys for Reorganized Debtors Boy Scouts of America and Delaware BSA, LLC*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Robert S. Brady*
Robert S. Brady (Del. No. 2847)
Edwin J. Harron (Del. No. 3396)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600

**GILBERT LLP**
Kami E. Quinn
Emily P. Grim
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
(202) 772-2200

*Counsel to the Future Claimants' Representative*

**DLA PIPER, LLP (US)**

*/s/ R. Craig Martin*
R. Craig Martin (Del. No. 5032)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801-1147
(302) 468-5655

**WACHTELL, LIPTON, ROSEN & KATZ**
Richard G. Mason
Douglas K. Mayer
Mitchell S. Levy
51 West 52nd Street
New York, New York 10019
(212) 403-1000

*Attorneys for the Ad Hoc Committee of Local Councils*

**MONZACK MERSKY AND BROWDER, PA**

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE No. 2049)
1201 North Orange Street, Suite 400
Wilmington, Delaware 19801
(302) 656-8162

*Counsel to the Coalition of Abused Scouts for Justice*