UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT COURT OF APPEALS

Nos. 23-1664, 23-1665, 23-1666, 23-1667, 23-1668, 23-1669, 23-1670, 23-1671, 23-1672, 23-1673, 23-1674, 23-1675, 23-1676, 23-1677, 23-1678 and 23-1780

In re: Boy Scouts of America and Delaware BSA LLC

(D. Del. No. 1-22-cv-01237)

ORDER

      The Clerk originally calendared these cases for submission before a merits panel on April 9, 2024. The parties were then directed to submit supplemental briefing addressing whether the Court should hold this case C.A.V. pending the issuance of the Supreme Court's decision in Harrington v. Purdue Pharma LP, No. 23-124. After consideration of the parties' filings, the Court removed the cases from the April 9, 2024 calendar. On June 27, 2024, the Supreme Court issued its opinion in Harrington. Once the mandate has issued by the Supreme Court, the Clerk will reschedule the case before a merits panel and that panel will determine if additional briefing is required and enter an appropriate schedule.

For the Court,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT,

Clerk

Date: June 28, 2024

Sb/cc:  All Counsel of Record