July 3, 2024

**VIA ECF**

Patricia S. Dodszuweit
Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re: *In re: Boy Scouts of America and Delaware BSA, LLC*, Nos. 23-1665, 23-1667, 23-1668, 23-1669, 23-1670, 23-1671, 23-1672, 23-1674, 23-1675, 23-1676, 23-1678, 23-1780 (Consolidated)

Dear Ms. Dodszuweit:

Certain Insurers write in response to Appellees' "supplemental brief" letter regarding the *Purdue* decision. *See* No. 1664, Dkt. 192.

As Appellees acknowledge, the Supreme Court held that "nothing in present law" permits extending "to *nondebtors* the benefits of a Chapter 11 discharge" without consent. Op. at 8, 19. Appellees nonetheless contend that *Purdue* does not support reversal—despite BSA's plan having the same releases for nondebtors as in *Purdue*—because Appellees contend BSA's plan is "substantially consummated" and will pay abuse survivors "in full." Certain Insurers will address these issues at the appropriate time.

Appellees' "supplemental brief" is not a Rule 28(j) letter (No. 23-1664, Dkt. 194 at 1 n.1) and was filed after this Court notified the parties that it was aware of the *Purdue* decision, and that the merits panel "will determine if additional briefing is required and enter an appropriate schedule" (No. 23-1664, Dkt. 191). Appellees nevertheless make lengthy substantive arguments about *Purdue* without regard to the requirements of Rule 28(j). *See* No. 23-1664, Dkt. 193, 194.

Certain Insurers will not engage in unsolicited letter briefing. If the Court is inclined to order further briefing, Certain Insurers would respectfully request the following:

*First*, the Court should specify word limits for each brief that are inclusive of supporting declarations, if any, and order opening and response submissions of equal length, *i.e.*, under BSA's proposal for concurrent briefing, 6,500 words for the parties' opening supplemental submissions and the same length for submissions in response. *See* Fed. R. App. P. 32 (Advisory Committee's Note (2016)).

*Second*, the Court should provide forty-five (45) days from the filing of opening submissions for the filing of submissions in response.

- 3 -

*Finally*, as the D&V claimants urge, the parties should be permitted to address in their supplemental filings whether implementation of BSA's plan should be stayed, to the extent a stay is not granted in advance of briefing.

Dated: July 3, 2024

                                   Respectfully submitted,

                                   By:  /s/ Joseph T. Baio

| | |
|---|---|
| Deirdre M. Richards<br>ELLIOT GREENLEAF P.C.<br>1105 N. Market Street<br>Suite 1700<br>Wilmington, DE 19801<br>(302) 384-9402 | Joseph T. Baio<br>Christopher J. St. Jeanos<br>Mitchell J. Auslander<br>Charles Dean Cording<br>Patricia O. Haynes<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 |
| Susan N.K. Gummow<br>FORAN GLENNON PALANDECH<br>PONZI & RUDLOFF P.C.<br>222 N. LaSalle St., Suite 1400<br>Chicago, Illinois 60601 | |
| Michael A. Rosenthal<br>James Hallowell<br>Seth M. Rokosky<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 351-4000<br>mrosenthal@gibsondunn.com<br>jhallowell@gibsondunn.com<br>kmartorana@gibsondunn.com<br>srokosky@gibsondunn.com | Theodore J. Boutrous Jr.<br>Richard J. Doren<br>Blaine H. Evanson<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>(213) 229-7000<br>tboutrous@gibsondunn.com<br>rdoren@gibsondunn.com<br>bevanson@gibsondunn.com |

*Counsel for National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania*

/s/ Ronald P. Schiller
Ronald P. Schiller
Matthew A. Hamermesh
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
E: rschiller@hangley.com
mhamermesh@hangley.com

Kelly A. Green
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 504-1657

*Counsel for Arch Insurance Company*

/s/ William H. White Jr.
William H. White Jr
KIERNAN TREBACH LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
Telephone: (202) 712-7000
Email: wwhite@kiernantrebach.com

John E.W. Baay II
GIEGER LABORDE & LAPEROUOSE, LLC
701 Poydras Street
Suite 4800
New Orleans, LA 70139

/s/ Kathleen K. Kerns
POST & SCHELL, P.C.
Kathleen K. Kerns
Three Logan Square
1717 Arch Street, 24th Floor
Philadelphia, PA 19103
Telephone: (215) 587-1000
E-mail: kkerns@postschell.com

IFRAH PLLC
George R. Calhoun
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC 20006
Phone: (202) 840-8758
E-mail: george@ifrahlaw.com

*Counsel for Argonaut Insurance Company*

/s/ Maria Aprile Sawczuk
Maria Aprile Sawczuk, Esq.
GOLDSTEIN & MCCLINTOCK LLLP
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

Laura McNally, Esq.
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
Telephone: (312) 464-3155
lmcnally@loeb.com

Telephone: (504) 561-0400
*Counsel for Gemini Insurance Company*

/s/ Konrad R. Krebs
Konrad R. Krebs
CLYDE & CO US LLP
340 Mt. Kemble Ave, Suite 300
Morristown, New Jersey 07960
Telephone: (973) 210-6705
konrad.krebs@clydeco.us

Alexander E. Potente
CLYDE & CO US LLP
150 California Street
15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800
alex.potente@clydeco.us

David Christian
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 2300
Chicago, Illinois 60602
Telephone: (312) 282-5282
dchristian@dca.law

Bruce W. McCullough
BODELL BOVE, LLC
1225 N. King St., Suite 1000
Wilmington, DE 19801-3250
Telephone: (302) 655-6749
bmccullough@bodellbove.com

David Christian, Esq.
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 2300
Chicago, Illinois 60602
Telephone: (312) 282-5282
dchristian@dca.law

*Counsel for Continental Insurance Company and Columbia Casualty Company*

/s/ Kelly A. Green
Kelly A. Green
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 504-1657

Mary E. Borja
Gary P. Seligman
Ashley L. Criss
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Email: mborja@wiley.law
gseligman@wiley.law
acriss@wiley.law

*Counsel for General Star Indemnity Company*

*Counsel for Great American Assurance Company f/k/a Agricultural Insurance Company, Great American E&S Insurance Company f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company*

/s/ Douglas R. Gooding
Douglas R. Gooding
Jonathan D. Marshall
Bryana T. McGillycuddy
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com
bmcgillycuddy@choate.com

Kim V. Marrkand
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
kvmarrkand@mintz.com

R. Karl Hill
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
khill@svglaw.com

/s/ Kelly A. Green
Kelly A. Green
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 504-1657
kgreen@skjlaw.com

MOUND COTTON WOLLAN & GREENGRASS LLP
Lloyd A. Gura
Pamela J. Minetto
One New York Plaza 44th Floor
New York, NY 10004
Telephone: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com

*Counsel for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

/s/ Marla S. Benedek
Marla S. Benedek

*Counsel to Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, Liberty Insurance Underwriters, Inc., and Liberty Surplus Insurance Corporation*

/s/ Louis J. Rizzo, Jr.
Louis J. Rizzo, Jr.
REGER RIZZO & DARNALL LLP
1521 Concord Pike Suite 305
Brandywine Plaza West
Wilmington DE  19803
Telephone: (302) 477-7100
lrizzo@regerlaw.com

*Counsel for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2024
mbenedek@cozen.com

*Counsel for Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*

/s/ Stephen M. Miller
Stephen M. Miller (DE ID No. 2610)
Carl N. Kunz, III (DE ID No. 3201)
MORRIS JAMES LLP
500 Delaware Avenue, Ste. 1500
Wilmington, DE  19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: smiller@morrisjames.com
Email: ckunz@morrisjames.com

*Counsel for Old Republic Insurance Company*

cc:     All counsel (via ECF)

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(c)(2), I certify the following:

1. This letter complies with word limitations because it contains 313 words.

2. This letter complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because the letter has been prepared in Times New Roman 14-point font using Microsoft Word.

3. This letter complies with the electronic filing requirements of Local R. 31.1(c) because the text of the electronic letter is identical to the text of the paper copies and because Trend Micro DSM Agent, version 20.0.0-8438 was run on the file containing the electronic version of this letter and no viruses were detected.

/s/ Joseph T. Baio
Joseph T. Baio
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
jbaio@willkie.com

Dated:　　　July 3, 2024

## CERTIFICATE OF SERVICE

    I certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on July 3, 2024. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ Joseph T. Baio
Joseph T. Baio
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
jbaio@willkie.com

Dated:　　July 3, 2024