UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 23-1664, 23-1665, 23-1666, 23-1667, 23-1668, 23-1669, 23-1670, 23-1671, 23-1672, 23-1673, 23-1674, 23-1675, 23-1676, 23-1677, 23-1678, and 23-1780

In re: Boy Scouts of America and Delaware BSA, LLC.

(D. Del. Nos. 22-cv-01237 and 22-cv-01258)

**ORDER**

The parties are hereby ordered to file supplemental briefs the effect of the Supreme Court's decision in <u>Harrington v. Purdue Pharma LP</u>, No. 23-124 on the pending appeals. The supplement briefs shall not exceed 10,000 words and shall be filed within 30 days from the date of this order. The supplemental briefs may be filed in electronic format only. However, should the merits panel require hard copies, the parties will be directed to provide them.

For the Court,

PATRICIA S. DODSZUWEIT,

Clerk

Date: July 8, 2024

Sb/cc: All Counsel of Record