Nos. 23-1664, 23-1666, 23-1667, 23-1668, 23-1669, 23-1670, 23-1671, 23-1672
23-1673, 23-1674, 23-1675, 23-1676, 23-1677, 23-1678, 23-1780
(Consolidated)

# United States Court of Appeals for the Third Circuit

IN RE: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

*Reorganized Debtors,*

NATIONAL UNION FIRE INSURACE CO. OF PITTSBURGH PA, ET AL.;
DUMAS & VAUGHN CLAIMANTS; LUJAN CLAIMANTS

V.

BOY SCOUTS OF AMERICA, *et al.,*

*Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE (LEAD CASE NO. 22-CV-01237 (RGA))

**MOTION FOR LEAVE TO FILE AN *AMICI CURIAE* BRIEF ON BEHALF OF BOY SCOUT CLAIMANTS FLORIAN GORSKI, THE ESTATE OF HARRY BABCOCK, DOUGLAS KENNEDY, ROBERT ZILLOX, CRAIG MILLER, KRISTOFER PYORRE, THEODORE W., AND FRANK S. IN SUPPORT OF PLAN**

**Adam J. Tragone**
*Counsel of Record*
University of Pittsburgh School of Law
321 Barco Law Building
3900 Forbes Avenue
Pittsburgh, PA 15260
AJT180@pitt.edu
*Local Counsel for the Amici Curiae*

Christopher Hurley
Evan Smola
Hurley McKenna & Mertz, P.C.
20 S. Clark St. Ste. 2250
Chicago, IL 60603
churley@hurley-law.com
esmola@hurley-law.com
*Counsel for Amici Curiae Florian Gorski and Janice Babcock*

Paul Mones
Paul Mones, P.C.
13101 Washington Blvd.
Los Angeles, CA 90066
(310) 533-7418
paul@paulmones.com
*Counsel for Amici Curiae Robert Zillox and Craig Miller*

Kenneth Rothweiler
Eisenberg, Rothweiler,
Winkler, Eisenberg & Jeck, P.C.
1634 Spruce Street
Philadelphia, PA 19103
(215) 546-6636
ken@erlegal.com
*Counsel for Amici Curiae Theodore W. and Frank S.*

Jordan K. Merson
Merson Law, PLLC
950 Third Avenue
18th Floor
New York, New York 10022
(212) 603-9100
jmerson@mersonlaw.com
*Counsel for Amici Curiae Doug Kennedy*

Peter Janci
Crew Janci LLP
1200 NW Naito Parkway, Suite 500
Portland, OR 97209-2829
(503) 306-0224
peter@crewjanci.com
*Counsel for Amici Curiae Kristofer Pyorre*

# MOTION FOR LEAVE TO FILE AMICI BRIEF ON BEHALF OF VARIOUS BOY SCOUT VICTIMS

The undersigned counsel represent thousands of Boy Scout sexual abuse victims that support the Plan before this Court. Tens of thousands of victims support the Plan but are not a party to this appeal. This Court's forthcoming ruling will impact those thousands of victims.

The amici and counsel for the amici expect this Court to address arguments regarding equitable mootness considering our Supreme Court's decision in *Purdue*. This Court previously described equitable mootness as a doctrine that "provides a vehicle whereby the court can prevent substantial harm to numerous parties." *In re Cont'l Airlines*, 91 F.3d 553, 559 (3d Cir. 1996).

The arguments furthered by the 144 Dumas & Vaughn and Lujan-represented victims, if accepted by this Court, stand to harm tens of thousands of sexual abuse victims. Those 144 victims *do not* speak for the vast majority of Boy Scout victims who are supportive of the Plan and active and eager to see finality. For these reasons, the amici respectfully request leave to file a Brief in support of the Plan. Said brief is filed contemporaneously with this Motion.

/s/ Adam J. Tragone
_____

Adam J. Tragone
  *Counsel of Record*

University of Pittsburgh School of Law
321 Barco Law Building
3900 Forbes Avenue
Pittsburgh, PA 15260
AJT180@pitt.edu
*Local Counsel for the Amici Curiae*

Christopher Hurley
Evan Smola
Hurley McKenna & Mertz, P.C.
20 S. Clark St. Ste. 2250
Chicago, IL 60603
churley@hurley-law.com
esmola@hurley-law.com
*Counsel for Amici Curiae Florian Gorski and Janice Babcock*

Jordan K. Merson
Merson Law, PLLC
950 Third Avenue
18th Floor
New York, New York 10022
(212) 603-9100
jmerson@mersonlaw.com
*Counsel for Amici Curiae Doug Kennedy*

Paul Mones
Paul Mones, P.C.
13101 Washington Blvd.
Los Angeles, CA 90066
(310) 533-7418
paul@paulmones.com

*Counsel for Amici Curiae Robert Zillox and Craig Miller*

Peter Janci
Crew Janci LLP
1200 NW Naito Parkway, Suite 500
Portland, OR 97209-2829
(503) 306-0224
peter@crewjanci.com
*Counsel for Amici Curiae Kristofer Pyorre*

Kenneth Rothweiler
Eisenberg, Rothweiler,
Winkler, Eisenberg & Jeck, P.C.
1634 Spruce Street
Philadelphia, PA 19103
(215) 546-6636
ken@erlegal.com
*Counsel for Amici Curiae Theodore W. Frank S.*