Nos. 23-1664, 23-1665, 23-1666, 23-1667, 23-1668, 23-1669, 23-1670, 23-1671, 23-1672, 23-1673, 23-1674, 23-1675, 23-1676, 23-1677, 23-1678, 23-1780
(Consolidated)

# IN THE
# United States Court of Appeals
# For the Third Circuit

IN RE: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,

*Reorganized Debtors.*

NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH PA, *ET AL.*;
DUMAS & VAUGHN CLAIMANTS; LUJAN CLAIMANTS,

*Appellants,*

v.

BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, *ET AL.*

*Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE, NO. 22-CV-01237
(HON. RICHARD G. ANDREWS)

**ADDENDUM TO SUPPLEMENTAL BRIEF OF APPELLEES BOY SCOUTS OF AMERICA, THE AD HOC COMMITTEE OF LOCAL COUNCILS AND THE COALITION OF ABUSED SCOUTS FOR JUSTICE**

*(Counsel Listed on Inside Cover)*

**MORRIS, NICHOLS,
ARSHT & TUNNELL LLP**
Derek C. Abbott (Del. No. 3376)
Andrew R. Remming (Del. No. 5120)
Sophie Rogers Churchill (Del. No. 6905)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
 aremming@morrisnichols.com
 srchurchill@morrisnichols.com

**WHITE & CASE LLP**
Jessica C. Lauria
Glenn M. Kurtz
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com
 gkurtz@whitecase.com

Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
 mlinder@whitecase.com
 laura.baccash@whitecase.com
 blair.warner@whitecase.com

**PERKINS COIE LLP**
Michael R. Huston
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: (202) 434-1630
Email: mhuston@perkinscoie.com

*Counsel for Reorganized Debtors-Appellees*

# CERTIFICATION OF VIRUS CHECK

Pursuant to Local Appellate Rule 31.1(c), I certify that a virus detection program (Crowdstrike Falcon Malware Scan (v7.16)) was run on the *Supplemental Brief of Appellees Boy Scouts of America, the Ad Hoc Committee of Local Councils and the Coalition of Abused Scouts for Justice* and its exhibits [D.I. 206], as well as this Addendum thereto, and no virus was detected.

/s/ *Sophie Rogers Churchill*
Sophie Rogers Churchill