UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 23-1664, 23-1665, 23-1666, 23-1667, 23-1668, 23-1669, 23-1670, 23-1671, 23-1672, 23-1673, 23-1674, 23-1675, 23-1676, 23-1677, 23-1678, & 23-1780

In re: BOY SCOUTS OF AMERICA;
and DELAWARE BSA LLC;
Debtors

(D. Del. No. 1-22-cv-01237; et al.)

Present: KRAUSE, SCIRICA, and RENDELL, Circuit Judges

1. Appellant's Motion to Extend Argument Time from 30 Minutes to 60 Minutes per side.

        Respectfully,
        Clerk/AR

_____ORDER_____
The foregoing motion is GRANTED.

        By the Court,

        s/ Cheryl Ann Krause
        Circuit Judge

Dated: 10/29/24
AR/cc: All Counsel of Record